UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   Case No. 2:01-cr-105-FtM-29DNF

GENEVIVE GONZALEZ

_____

REVOCATION OF SUPERVISED RELEASE
AND JUDGMENT AND COMMITMENT

On August 22, 2006, the defendant Genevive Gonzalez appeared before the Court with counsel Russell Rosenthal and counsel for the government, Robert Barclift.

On December 9, 2002, Genevive Gonzalez appeared before the Court for the charge of Conspiracy to Possess with the Intent to Distribute 5 Grams or More of Cocaine Base and received a sentence imposing 37 months' incarceration and a period of supervised release of three years with drug aftercare treatment as a special condition..

On August 22, 2006, after being advised of her rights, the defendant admitted the violations alleged in the Petition (Doc. #178) filed by Probation on August 8, 2006.

The Court finds, after hearing from counsel, probation and the defendant, that the defendant has violated the terms of the Supervised Release for the reasons stated in the Petition and on the record.

It is, therefore, ORDERED AND ADJUDGED:

The Petition (Doc. # 178) is GRANTED.

1.   Supervised Release is REVOKED and the defendant GENEVIVE GONZALEZ

is hereby committed to the custody of the Bureau of Prisons for **IMPRISONMENT** for a period of **Six (6) Months.**

    2.    The Court recommends:

        a.    Incarceration as close to Fort Myers, Florida as possible.

        b.    Participation in drug counseling and treatment while incarcerated.

    3.    **Supervised Release** is not reimposed.

    4.    The defendant is hereby **REMANDED** to the custody of the United States Marshal Service to await designation of the facility.

It is further **ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

**DONE and ORDERED** at Fort Myers, Florida this 22nd day of August, 2006.

                                      _____
                                      JOHN E. STEELE
                                      UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record